O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     ED CV 08-01059-SGL(OPx)                                      Date:  October 27, 2008

Title:     CARA CLINE -v- CARL R. MEAIRS POST, NO. 289, INC., ET AL.
==============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

   Jim Holmes                                             Theresa Lanza
   Courtroom Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Megan R. Hutchins                                         M. Stephen Cho

PROCEEDINGS:     **Plaintiff's Motion to Strike Answer (e-filed 9/4/08), No. 7**

   This matter was heard on October 27, 2008.

   Plaintiff moves to strike the answer filed on behalf of the corporate defendant because it was filed by a non-attorney.  Corporations may not appear pro se and must be represented by counsel.  <u>See</u> Local Rule 83-2.20.1.

   At the hearing, newly-retained counsel appeared on behalf of the corporate defendant.

   Accordingly, the Court **DENIES WITHOUT PREJUDICE** the motion to strike the answer, and **GRANTS** the corporate defendant two weeks' leave to file an amended answer.  The two weeks shall commence upon the entry of this Order.

   **IT IS SO ORDERED.**