1  MICHAEL L. TRACY, ESQ., SBN 237779
   mtracy@michaeltracylaw.com
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  mhutchins@michaeltracylaw.com
   LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

Attorneys for Plaintiff CARA CLINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARA CLINE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CARL R. MEAIRS POST, NO. 289, INC., a California corporation; RICHARD SPURLOCK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: ED CV 08-01059 SGL (OPX)<br><br>[PROPOSED] JUDGMENT |

This Court hereby enters judgment in the amount of $15,500 against Defendant CARL R. MEAIRS POST, NO. 289, INC., dismissing this case with prejudice without any admission of wrongdoing by either of the Settlement Parties and without costs or fees to either party.

IT IS SO ORDERED.

DATED: 11/17/09

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

-1-
JUDGMENT